WILSON TURNER KOSMO LLP
MICHAEL S. KALT (173228)
JENNIFER SOLANO (341077)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: mkalt@wilsonturnerkosmo.com
E-mail: jsolano@wilsonturnerkosmo.com

Attorneys for Defendant
ALBERTSON'S LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON FERNANDO OROZCO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00438<br><br>**DEFENDANT ALBERTSON'S LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Trial Date:   Not Set<br>Complaint Filed: February 6, 2023 |

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.1-1, the undersigned, counsel of record for Defendant ALBERTSON'S LLC ("Defendant"), certifies that Defendant is a wholly owned subsidiary of Albertsons Companies, Inc ("ACI"). ACI is a publicly traded company on the New York Stock Exchange under the symbol ACI.

The following have beneficial ownership of at least 10% of ACI's stock:

- Cerberus Capital Management, L.P.
- Klaff Realty, L.P.
- Funds Affiliated with Lubert-Adler

///

The undersigned, counsel of record for Defendant certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff RAMON FERNANDO OROZCO has a direct, pecuniary interest in the outcome of this case because he is the Plaintiff who brought the action.

2. Defendant, a Delaware and Idaho corporation, has a direct, pecuniary interest because it was the Plaintiff's employer and is a Defendant in this action.

3. ACI, a Delaware and Idaho corporation, may have a pecuniary interest in the outcome of this case, because Defendant is a wholly owned subsidiary of ACI.

Dated:    March 10. 2023        **WILSON TURNER KOSMO LLP**

By:    /s/ *Jennifer Solano*
       MICHAEL S. KALT
       JENNIFER SOLANO
       Attorneys for Defendant
       ALBERTSON'S LLC

-2-                                Case No. 8:23-cv-00438

DEFENDANT ALBERTSON'S LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT